OFFICE OF DISCIPLINARY COUNSEL *v.* CONLEY.

[Cite as *Disciplinary Counsel v. Conley* (1992), 64 Ohio St.3d 459.]

(No. 92–837—Submitted June 17, 1992—Decided September 2, 1992.)

*J. Warren Bettis*, Disciplinary Counsel, and *Sally Ann Steuk*, for relator.

*Donald Wayne Conley, pro se.*

---

*Per Curiam.*  We adopt the findings and recommendation of the board. Respondent, Donald Wayne Conley, is hereby publicly reprimanded.  Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.